UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOPEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>  Defendant. | No. 2:19-cv-00390-TLN-KJN<br><br>**ORDER** |

Pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule 141, Plaintiff's Request to Seal a portion of her medical records contained in Exhibits to her Complaint is hereby GRANTED. The Clerk of the Court is directed to file the following documents UNDER SEAL:

- Exhibit 5, pages 415-418
- Exhibit 6, pages 529-545
- Exhibit 6, pages 551-563
- Exhibit 6, pages 635-637

The documents are to remain sealed until further order from this Court.

IT IS SO ORDERED.

Dated: March 13, 2019

Troy L. Nunley
United States District Judge

1